IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| NORMINEL REESE, JR. | § | |
| Vs. | § | CIVIL ACTION NO. 6:07CV152 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge, and having considered the objections thereto and finding no merit, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  The Court, therefore, adopts same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED** that this action be transferred to the Fifth Circuit Court of Appeals for consideration pursuant to the rules of that Court.

**So ORDERED and SIGNED this 22nd day of October, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**